IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Wayne Albright;
Plaintiff
v.
Kimberly Kardashian;
Kanye West;
Defendants

Case No.

8:15 cv 839 T 36 EAJ

2015 APR -7 PM 3:21 FILED
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Emergency Preliminary Injunction
Temporary Restraining order, TRO
28 USC 1331

COMES NOW, Wayne Albright, in pro-se, seeking a Restraining order Against Kimberly Kardashian and Kanye West.

Plaintiff states the Following:

## Facts

As an American citizen of this Great Country The UNITED STATES I think its safe to say We as a Country are sick and tired of the Kardashians and most of all Kimberly and her self proclaimed best rapper rock star on the planet Kanye West. What we have here in these two individuals could and should be considered the worst pair of role models this world has ever seen. Kimberly Kardashian wants more than anything to be Beyonce and Kanye West could only dream of being half as good as Jay-Z.

N.R.

1.

These people Kim and Kanye just come up with not one original idea of their own all I see any more is a really cheap carbon copy of Jay-Z and Beyonce and as a fan of the dynamic duo Jay-Z and Beyonce I find it extremly offensive every time Kim and Kanye parade their FakeAsses in front of the camera for the world to see. These two are not role models nor will they ever be and for that reason alone they need to be stopped, before they make us all sick. Kim Kardashian and Kanye West should not even be allowed to parent a child. God only knows what for damage these two Meat whistles are doing to their poor child. Rob Kardashian is the only Kardashian that has any kind of sense, if you can get past the fact, he's eating himself out of house and home, no doubt from the shame he feels as a result of what Kim has done to the Kardashian Name. What they all need is a real good JLR BASS kicking the court Jester from West Chester don't play no games. Unfortunately not even JLR wants to be associated with this brood of Misfits and that's really saying something. if you know JLR, you know there's no line he won't cross no mountain he won't climb, but not this time. As an American citizen of this great country we all live in I find it my duty to step up and take one for the home team. Some one has to do it. Some one needs to let Kim and Kanye know that they are no longer welcomed in the sunshine state of Florida.

2.

I ask with all humility for this court to grant this motion preventing Kim Kardashian and Kanye West from ever stepping foot in the Great state of Florida again. Fother more I ask this court to ban these two Moose Knockles from appearing on any television programs aired in the state of Florida unless its court T.V and their on trial For posewg as a Famous couple.

To the district court of Florida, you have your work cut out for you. this task America has placed on your shoulders won't be an easy one, but we all have faith in your ability to get the job done. So whetta say, make us all proud.

Wayne Albright LD2583
301 Institution DR
Bellefonte, Pa 16823

Respectfully, 3/8/15
Wayne Albright

3.

Wayne Albright LO25583
301 Institution Dr.
BelleFonte, Pa 16823

INMATE MAIL
PA DEPT OF
CORRECTIONS

U.S. POSTAGE >> PITNEY BOWES
$ 000.48
ZIP 16823
02 1W
0001364647 APR 02 20

United States Courthouse
801 North Florida Ave
Tampa, FL 33602