UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WAYNE ALBRIGHT,

    Plaintiff,

v.                                                        Case No: 8:15-cv-839-T-36EAJ

KIMBERLY KARDASHIAN and KANYE WEST,

    Defendants.
_____/

## **ORDER**

This matter comes before the Court upon the Plaintiff's Emergency Motion for Preliminary Injunction, Temporary Restraining Order (Doc. 1), filed on April 7, 2015. The Court, having considered the motion and being fully advised in the premises, will deny Plaintiff's Emergency Motion for Preliminary Injunction, Temporary Restraining Order.

Plaintiff filed this motion, without an accompanying complaint, requesting that this Court essentially ban the Defendants, Kimberly Kardashian and Kanye West, from the state of Florida, including appearances on any television programs aired in Florida, except court TV. According to Plaintiff, Defendants are bad role models and Americans are sick and tired of them. Plaintiff does not provide any documentation, such as a verified complaint or sworn affidavits, in support of these factual allegations.[1] Upon review of Plaintiff's motion, it is clear that Plaintiff has failed

---

[1] See Local Rule 4.05(b)(2) ("The motion must be supported by allegations of specific facts shown in the verified complaint or accompanying affidavits, not only that the moving party is threatened with irreparable injury, but that such injury is so imminent that notice and a hearing on the application for preliminary injunction is impractical if not impossible. . . ."); Rule 65(b), Fed.R.Civ.P ("The court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if. . .specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and. . .the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required.").

to comply with the strictures of Fed.R.Civ.P. 65 and Rules 4.05 and 4.06, Local Rules of the United States District Court, Middle District of Florida.

Plaintiff fails to demonstrate that he is in danger of any immediate risk of substantial or irreparable harm as a result of Defendants' actions. Plaintiff has also failed to establish that an emergency situation exists which requires immediate intervention by the Court. Accordingly, it is

**ORDERED that**:

1. Plaintiff's Emergency Motion for Preliminary Injunction, Temporary Restraining Order (Doc. 1) is DENIED.

2. As there is no underlying complaint in this action and Plaintiff has not paid the filing fee or requested leave to proceed *in forma pauperis*, the Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on April 8, 2015.

Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any